AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Tom Shalom, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1024 |
| Bashar Masri, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                          .

Date:   04/07/2025                                            /s/ Gary M. Osen
                                                                       *Attorney's signature*

                                                              Gary M. Osen (DC Bar No. NJ009)
                                                                 *Printed name and bar number*

                                                                           OSEN LLC
                                                               190 Moore Street, Suite 272
                                                                  Hackensack, N.J. 07601
                                                                           *Address*

                                                                   gosen@osenlaw.com
                                                                       *E-mail address*

                                                                     (201) 265-6400
                                                                    *Telephone number*

                                                                     (201) 265-0303
                                                                       *FAX number*