# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue<br>
New York, NY 10019-6099<br>
Tel: 212 728 8000<br>
Fax: 212 728 8111

April 7, 2025

**VIA ECF**
Office of the Clerk
Attn: ECF Docketing Clerk
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  *Shalom et al. v. Masri et al.*, No. 1:25-cv-01024;
**Errata and Corrected Complaint**

Dear Office of the Clerk:

I am writing regarding a Complaint filed at 7:23am this morning to initiate the above-captioned matter. The document contains a handful of instances of errata that occurred as a result of a clerical error. I respectfully request that the Court replace that version of the Complaint with the correct version, which I have submitted together with this letter.

The correct version of the Complaint includes edits to the caption (to remove duplicative plaintiffs and fix typographical errors), paragraph 903 (to remove a duplicative paragraph), paragraph 643 (to rectify a clerical error), paragraph 1118 (to remove a blank paragraph), and to the signature block (to correct spelling of attorney's name).

If you have any questions or require anything further, please do not hesitate to contact me at (212) 728-3098. Thank you very much for your assistance in this matter.

Sincerely,

*/s/ Lee Wolosky*

Lee Wolosky