AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| TOM SHALOM, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-01024 |
| BASHAR MASRI, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chen, Rousso, Shalom, Shay, Waldman                                                      .

Date:      05/01/2025

_____
*Attorney's signature*

Andrew Lichtman, admitted pro hac vice
*Printed name and bar number*
787 7th Avenue
New York, NY 10019-6099

_____
*Address*

alichtman@willkie.com
*E-mail address*

(212) 728-3157
*Telephone number*

(212) 728-8111
*FAX number*