# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOM SHALOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BASHAR MASRI, *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-01024 |

## DECLARATION OF ZAINA FONTANE

I, Zaina Fontane declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am attorney with Willkie, Farr & Gallagher LLP, co-counsel for Plaintiffs in the above-captioned action.

2.      I am over the age of 18 and attest that the facts set forth in this Declaration are true and correct to the best of my knowledge, information, and belief. This Declaration is made in support of Plaintiff's Motion to Serve Defendant Bashar Masri by Alternative Means.

3.      Attached as **Exhibit 1** is a true and correct copy of an affidavit of process server Sheridan Johnson with Capitol Process Services, Inc. dated June 6, 2025, detailing efforts to serve Bashar Masri ("Masri") at 2335 Ashmead Place, NW, Washington, DC 20009 (the "Ashmead Address").

4.      Attached as **Exhibit 2** is a true and correct copy of an affidavit of mailing executed by Katherine Aiello, an employee of Willkie Farr & Gallagher LLP, co-counsel for Plaintiffs in this case. On June 10, 2025, Ms. Aiello transmitted documents to serve Masri by

124272044.7

registered mail, return receipt requested, at the Ashmead Address (tracking number RE406410092US with the United States Postal Service).

5.    Attached as **Exhibit 3** is a true and correct copy of available tracking information with the United States Postal Service, which indicates that delivery was attempted on June 10, 2025, but no authorized recipient was available at the Ashmead Address to receive the documents.

6.    Attached as **Exhibit 4** is a true and correct copy of a news article published by *The Times of Israel* on April 11, 2025.

7.    Attached as **Exhibit 5** is a true and correct copy of a news article in Hebrew published on May 23, 2025 by *Yediot Ahronot*, along with a certified translation from Hebrew to English. *Yediot Ahronot* is an Israeli newspaper and the highest in circulation daily in Israel. The official X page for *Yediot Ahronot* describes it as being "Israel's largest news website."[1] And, the Wikipedia page for *Yediot Ahronot* similarly characterizes it as being "Israel's largest paid newspaper by sales and circulation."[2]

8.    The following are e-mail addresses Plaintiffs' counsel were able to locate for Masri:    BMasri@rawabi.ps;    BMasri@masar.com;    info@basharmasri.com; masrib307@gmail.com.

9.    Plaintiffs' counsel located Bashar Masri's Instagram account with the username "basharmasri." The Instagram account includes a blue checkmark, indicating that it is a verified account.    The most recent post from the Instagram account was on June 5, 2025, and photographs were posted on the account six times in May 2025. This Instagram account also links to an official website for Bashar Masri: basharmasri.com. The official website includes a

---

[1] Available at: https://x.com/ynetnews?lang=en (last visited June 24, 2025).
[2] Available at: https://en.wikipedia.org/wiki/Yedioth_Ahronoth (last visited June 24, 2025).

124272044.7

"contact us" page, which lists as contact information the email address info@basharmasri.com.
Plaintiffs' counsel also located Marsi's official X account, with account handle @BasharFMasri.
Masri's X account likewise contains a blue verification checkmark, includes recent activity
(most recent post made on June 5, 2025), and is linked to Masri's official website.  Plaintiff's
counsel further located Masri's Facebook account, with the account name basharmasribm.
Plaintiff's counsel found that the email address masrib307@gmail.com is the registration email
linked to Masri's Instagram, X, and Facebook accounts.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2025.

By: _Z. Fontane_

Zaina Fontane (D.C. Bar. No. 90014285)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fascimile: (202) 303-2000
zfontane@willkie.com