# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SHALOM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BASHAR MASRI, *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-01024 |

AFFIDAVIT OF DUE DILIGENCE

STATE OF Maryland )
COUNTY OF Prince George's) SS:

I, Sheridan Johnson, a private process server, having been duly authorized to make service on Bashar Masri of the Summons and Complaint in the above-captioned action, hereby declare:

1. I am over 18 years old and not a party to or otherwise interested in this matter.

2. I am the Custodian of Records of Capitol Process Services, Inc., which is retained by Willkie Farr & Gallagher LLP ("Willkie") to make service of process on Bashar Masri in connection with the above-captioned action. Specifically, I was authorized by Willkie to serve the following documents on Bashar Masri: the Summonses; Original Complaint dated April 7, 2025; Notice of Errata and Corrected Complaint dated April 7, 2025; Corrected Complaint; and Minute Order Granting Ex Parte Motion for Waiver of Local Rule 5.1(c); Notice of Right to Consent to Trial Before a United States Magistrate Judge and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Plaintiffs' Ex Parte Motion for Waiver of Local Rule 5.1(c); Civil Cover Sheet (together the "Documents").

3. I have been unable to serve Bashar Masri after due search, careful inquiry, and diligent attempt(s).

4. On May 24, 2025 at 7:07 pm, I attempted to serve the Documents on Bashar Masri at 2335 Ashmead Place, NW, Washington, DC 20009. I knocked on the door several times and rang the intercom. A woman eventually answered the intercom. She spoke with me via the intercom and declined to accept service of the Documents.

5. On May 30, 2025 at 6:44 pm, upon further instruction from Willkie, I made another attempt to serve Bashar Masri at 2335 Ashmead Place, NW, Washington DC, 20009. I rang the intercom and spoke with the same woman whom I spoke with on May 24, 2025. The woman this time identified herself as Jane Masri. I asked the woman if she could accept the Documents for Bashar Masri. She stated that she would not accept service of the Documents for various reasons and that she was, in any event, answering the intercom remotely from a location abroad.. She stated that the Documents could not be left at the 2335 Ashmead Place residence because no one was there to accept them and claimed that Bashar Masri in does not live there in any event. She reiterated that the Documents cannot be left at the 2335 Ashmead Place residence and asked me to find another way to reach Bashar Masri, from whom she claimed to be divorced.

I solemnly affirm under the penalties of perjury that the contents of this affidavit are true to the best of my knowledge, information, and belief.

Executed on June 6, 2025

By: _____
Sheridan Johnson

2

Sworn to before me this 6th day of June, 2025

_Angela H. Croson_
Notary Public

[Notary Seal: ANGELA H CROSON, NOTARY PUBLIC, PRINCE GEORGE'S COUNTY, MD, EXPIRES: 02-05-2029]

3