# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TOM SHALOM, *et al.*,

    Plaintiffs,

v.

BASHAR MASRI, *et al.*,

    Defendants.

Civil Action No. 25-cv-01024

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK  )
                            : ss:
COUNTY OF QUEENS  )

    Katherine Aiello, being duly sworn, deposes and states that she is not a party to the within action, is over the age of 18 years, and resides in Nassau County, State of New York.

    On the 3rd day of June, 2025, the deponent mailed the Summonses, Original Complaint dated April 7, 2025, Corrected Complaint dated April 7, 2025, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Plaintiffs' Ex Parte Motion for Waiver of Local Rule 5.1(c) with the [Proposed] Order, Civil Cover Sheet and a copy of the PACER Docket Sheet by mailing a true copy of the same via registered mail, return receipt requested, securely enclosed in a postpaid first class wrapper and placed under the care and custody of the United States Postal Service located at 322 W 52nd Street, New York, NY 10019, and directed to the following:

                            Bashar Masri
                        2335 Ashmead Place, N.W.
                        Washington, DC 20009

                                                                                         Katherine Aiello

Sworn to before me this
19 day of June 2025

*Kathy A. Lipinski*
Notary Public

KATHY A LIPINSKI
Notary Public, State of New York
No. 01LI6267988
Qualified in Queens County
Commission Expires August 27, 2028