# EXHIBIT 3

# Latest Update

We attempted to deliver your item at 1:51 pm on June 10, 2025 in WASHINGTON, DC 20009 and a notice was left because an authorized recipient was not available.

### Delivery Attempt
**Notice Left (No Authorized Recipient Available)**

WASHINGTON, DC 20009
June 10, 2025, 1:51 pm

### Arrived at Post Office

WASHINGTON, DC 20018
June 10, 2025, 7:34 am

See All Tracking History

## What Do USPS Tracking Statuses Mean?