# EXHIBIT 5



אבנר בורוכוב
צילום:
איליה מלניקוב

בין המטוס הפרטי (שהיה שייך לערפאת) לסוויטה
הנשיאותית במלון בתל־אביב, המיליארדר הפלסטיני
בשאר אל־מסרי מייעץ לממשל טראמפ והיה מעורב
בשחרור עידן אלכסנדר, מתכנן את היום שאחרי
אבו־מאזן, ופועל לסיום המלחמה לפני שעוד
אזעקה תתפוס אותו. במקביל הוא מנסה להתחמק
מתביעת פיצויים ובה האשמות חמורות מצד משפחות
קורבנות 7 באוקטובר, ובהן חברו הקרוב לשעבר, איש
העסקים איל וולדמן. ולמרות ש"הבעיות המחורבנות
של המזרח התיכון רודפות אותי לכל מקום",
הוא משוכנע שיש דרך לפתור אותן





"האמת, אין דרך
להבטיח שזה לא
ייגע לחמאס". הסיוע
ההומניטרי לעזה, השבוע

"הפחד הכי גדול שלי הוא להיכנס למקלט ושאנשים יגלו שאני פלסטיני.
פגיעת טיל פחות מפחידה אותי מהאפשרות שאותקף על ידי אנשים
עצבניים. יש לי מאות חברים ישראלים, ישנתי בבתיהם, אבל כאן לא
מדובר בחברים אלא בהמון זועם ואמוציונלי. כל מה שצריך זה אדם אחד
שיצעק 'יש כאן פלסטיני'!"



"זו חרפה שאין בחירות". אבו מאזן

9411885-0



"היה לי חלק גדול בתהליך". שחרור עידן אלכסנדר

> **"7 באוקטובר היה אירוע בהיקף אלימות שלא הכרנו. ידענו מכוניות תופת, דקירות, ואני מתנגד ביג טיים לכל אלה, אבל 7 באוקטובר זו סקאלה אחרת, משהו שמחותיו מרושעים תיכננו במשך תקופה. אני איש עקסיון, אני לא אמור לדעת דברים כאלה ובטח שאני לא מעורה בנושאים צבאיים"**

× × ×

"נחוש לשחרר חטופים". בוהלר



"הוא לא רצה
אותי בשבעה".
וולדמן

## "להתמודד על ההנהגה הפלסטינית? אם המדינה שלי קוראת לי – לא אהסס לשרת אותה. זה אולי נשמע שאני מחפש את זה, אבל אני מעדיף לשוט ביאכטה שלי וליהנות מהחיים, עבדתי קשה 40 שנה ואשמח לבלות עם משפחתי, אבל המציאות מאלצת כל אדם בעל מודעות להתייצב"

אורי שי ז"ל נפל בקרב בכפר שלוח.

avner.bo@yedioth.co.il

# The Middleman

By: Avner Borochov

Photography: Ilya Melnikov

**Between flying in his private plane (which had belonged to Yasser Arafat) and occupying the presidential suite at a Tel Aviv hotel, Palestinian billionaire Bashar Masri — who, as an advisor to the Trump administration, was involved in securing the release of Edan Alexander — is planning for the day after Abu Mazen and is striving to bring the war to an end before another siren interrupts him. At the same time, he is trying to sidestep a claim for damages that carries severe accusations in a lawsuit from families of the October 7 victims, among them his former close friend the business figure Eyal Waldman. And although "the rotten problems of the Middle East tag after me everywhere," he believes there is a way to solve them.**





*[caption:]* "The truth is, there's no way to make sure it won't reach Hamas." The humanitarian aid for Gaza, this week

> **"My biggest fear is to enter a shelter and be recognized there as a Palestinian. A hit from a rocket frightens me less than the possibility of being attacked by nerve-racked people. I have hundreds of Israeli friends, I've slept at their homes, but this isn't a situation with friends, it's an overwrought, angry crowd. All that's needed is one person shouting 'There's a Palestinian here!'"**

On the seaside promenade, Bashar Masri draws stares for preferring to sport a tailored suit, rather than flip-flops, in the heat of Tel Aviv. The curiosity builds until the sight of the carefully groomed man with his entourage overpowers the diffidence of a passerby, who approaches to find out and then returns to sum up almost disappointedly, "Ah, it's some business person or other."

And that's one way to describe Bashar Masri, but here are some more: He is a billionaire and a scion of the world's richest Palestinian family, with connections stretching from the White House to Qatar. He is a close advisor to his good friend Adam Boehler, Trump's envoy for hostage affairs, and he was involved in achieving the release of soldier. Edan Alexander from captivity. Among his friends in Israel, none had been closer to him than billionaire Eyal Waldman, who joined other relatives of the October 7 massacre's victims in a lawsuit containing severe accusations against him.

Along with all that, Bashar Masri is also — and in his own view, is especially — the man convinced that he can succeed Abu Mazen and win out where the head of the Palestinian Authority has failed, in the struggle against Hamas and in managing relations with Israel. He realized that his future is in politics, he says, in the wake of October 7 and the outbreak of war. Specifically, it was over breakfast.

"This morning at the hotel, I said to my colleagues, 'Hey, everyone working at this hotel looks Asian.' When I'd stayed at Israeli hotels before, all the workers were Palestinians," he recalls. Referring to the high unemployment under the Palestinian Authority, he says: "We won't have real peace with our neighbors as long as we're poor and less than independent. We need to stand on our own feet."

The road to Masri's dream passes through a stretch of economic growth, which he believes that he can nurture although the underpinnings need first to be established. During the war, he has been promoting aid to the Gaza Strip at the Knesset; and this week he saluted Israel's decision to renew that aid. "I'm not involved in the current Israeli plan," he says, "but Palestinian agencies are the ones who should be distributing the aid in Gaza. I don't understand the need to involve international companies and outsiders."

**How can we be sure that the humanitarian aid isn't falling into the hands of Hamas?**

"I don't think we can be sure, in fact. Hungry people are lined up for a week to get food, and then a man with a gun comes and tells them, 'Give me that.' What can they do? Obviously we don't want the aid to reach Hamas, but — to starve people for such a reason? It's absurd."

Masri is proud of having opposed the boycott of Israel over the years although his own people have criticized him and the BDS organizations have denounced him. "The extremists have called me a 'normalizer,' and today where am I? I'm a well-liked normalizer and that's fine with me. Of course I'm promoting normalization. Boycotting Israeli products? That's foolish," he says.

The project he's proudest of is the founding of Rawabi, the first planned Palestinian city, neighboring Ramallah. "Back when I set it up, the popular thing was to announce, the way my colleagues did: 'I won't buy Israeli goods!' But I said if I can't find Palestinian goods at a reasonable price, I'll buy anything from elsewhere, including from Israel. And over and above that — guess what, folks? — Israel can supply 90 percent of what I buy because the materials are available and the distance is small. People told me, 'You can't let Israel make investments in Palestine.' But why is that? Let them lay their money down with us. If Israelis invest here, then next they'll say to the IDF, 'Your curfews are spoiling our business.' So I said, 'Let the Israelis be lobbyists for us. Partners with us. Nothing's wrong with it.'"

**What will you do differently from Abu Mazen if you chair the Palestinian Authority as his successor?**

"Do you know of elections on the horizon?"

**I only know his age, but it's a number that gets no lower as the years pass.**

"It's a disgrace that for two decades now we've gone without elections. As soon as a ceasefire is reached, we have to proceed to elections within six months. Twelve months maximum. There are tough decisions to be made, and as a matter of fact why do we need to wait him out? I wish him a long life, but why do we have to hold off until the man dies?"

**So will you compete for the leadership of the Palestinians?**

"It depends on when the elections come. If they're in another 20 years, I'll be too old. After the horrors we've been through — both Palestinians and Israelis —if my country calls on me I won't hesitate to serve it. It's not moral to say selfishly 'This isn't a good time for me.' I may sound as if I'm campaigning, but on the contrary I'd rather be sailing my yacht and enjoying life. I worked hard for 40 years and I'd be happy to enjoy myself with my family, but reality requires each person with understanding  to step up."

**And what would you propose unlike Abu Mazen?**

"I'll concentrate on developing a secular democracy — the kind that the Palestinian Authority once was. It's not my invention. We can't be a dictatorship and at the same time maintain relations with the Israeli democracy."

**How does that translate into action?**

"I'll see to it that Palestine grows and flourishes. I'll get projects running that create jobs. That's the first thing. Frankly, I don't think that today's leadership is investing any effort at all there. Second thing, I need to reach out to you. Without you Israelis, we'll remain stifled and subservient. And for the sake of the next generation, I need to make you feel relaxed, and not to disdain you. So I'll make some controversial changes in the educational system. If we keep teaching our children hatred, we'll get war after war. We and you are both here to stay, with a shared destiny. We'll recognize Israel, the way we did in the Oslo Accords. We'll add it to the map and we'll teach the children Hebrew. I'm surprised that the young generation in Israel doesn't speak Arabic unless they're working in intelligence."

**How will you succeed where your predecessors failed in the struggle against Hamas?**

"Hamas won the elections because the Palestinian Authority was weak. Hamas carried out a putsch. To think that the Palestinian people voted for Hamas is a mistake. It's not as if Hamas received 51 percent of the votes. We have to look to Israel in the belief that our nations are ready for this."

**You're discussing the problem of history. I'm trying to understand your solution for the future.**

"The solution for the future will also include elections, and whoever runs in the Palestinian elections can't run against the system that's holding them. An extremist who wants Israel to stop existing won't be eligible for election."

**Will Hamas agree to give up control of Gaza?**

"I don't think they have a choice. They've already made the announcement in private talks and in public. The question now is whether their public image will be good or bad, but that's not an interesting factor and we need to progress. There can't be armed contingents in the West Bank and Gaza, Only legitimate governmental forces. Not only Israel is making the demand [to disarm Hamas – A.B.], the Palestinians demand it too."

**How do you see your chances of being elected?**

"My chances are very good. [He laughs.] I know that, but I'm worried about being put on the spot already at a time when there aren't any elections. That amounts to targeting me for no reason."

\* \* \*

This is a man who divides his time between Rawabi and Ramallah and Washington, visits Israel frequently, and wants to feel he belongs in each place he comes to. What does a billionaire do to make himself at home? He simply buys one. Recently he's been searching in Tel Aviv, among the spacious residences at the seafront. Meanwhile, he's staying in the presidential suite at the Kempinski Hotel on HaYarkon Street. There, together with Boehler, he marked the release of Edan Alexander with a celebration as reported in Nahum Barnea's Friday newspaper supplement column last week. "I was very involved in the opening of doors that led to Boehler's meeting with the Hamas representatives in Doha," Masri says of his successful effort. "I certainly played a big part in that initiative."

**Have you spoken with the Alexander family?**

"No, I'm not sure they even know who I am at all. I think I met his mother on the day Trump was sworn in. The hostages' families were sitting in front of me and I spoke with some of them."

**As you must know, there is frustration in Israel that while Edan Alexander's release is being celebrated, other soldiers held hostage aren't US citizens and their families feel forgotten.**

"The release of Edan Alexander set a precedent — freeing a hostage who is a soldier on active duty. So it's a positive thing. It's important to look at the

benefits, although it's still early to decide whether we have a process under way. Steve and Adam went to Doha after Alexander was released, in order to free more hostages. The hostages have to return home, and the war has to end."



*[caption:]* "It's a disgrace that there aren't elections." Abu Mazen



*[caption:]* "I played a big part in the process." The release of Edan Alexander

On the day after Edan Alexander returned, the celebrations continued at a Herzliya restaurant until a siren sounded and Masri was struck with dread — but not dread of the Houthis' missile. "My biggest fear was that I'd enter a shelter and people there would discover that I'm a Palestinian," he says. "A hit from a missile frightens me less than the idea of being attacked by nerve-racked people. When an alarm caught me on the way to the airport, I thanked God that I was on the

road. But at the restaurant, they told us to get into the safe room and I said to a Palestinian friend who was with me, 'Not a word in Arabic.'"

**Have you experienced racism in Israel?**

"No, not really. I have hundreds of Israeli friends, I've slept at their homes, but this isn't a situation with friends, it's an overwrought, angry crowd. All that's needed is one person shouting 'There's a Palestinian here!' and they'll think I sent coordinates for the missile or whatever. Crazy things can happen these days."

As he passes his time between celebrations and missile alerts, Masri's private plane — which once was owned by Yasser Arafat — is parked at Ben Gurion Airport. "I was surprised to learn it had been sold, and shortly afterward I contacted the person who'd bought it," he says. "I was in no hurry. I don't need a private plane. But I think that the first private plane of the first chairman of the Palestinian Authority should remain in Palestinian hands and wind up some day in a Palestinian museum. And I know where that will be — under the big flag on the hill of Rawabi."

> **"October 7 was an episode with a scope of violence that we'd never known before. We were familiar with car bombings, stabbings — and I'm opposed to all those, big time — but October 7 was on another scale. Something that some evil minds spent quite a while planning. As a businessman, I'm not expected to know about such matters and for sure I'm not involved in military issues."**

Masri doesn't tell how much he paid for the Challenger 604 aircraft that had served Arafat, but he provides a hint for those of the jet set who take an interest. "The plane is priceless," he says, "but I estimate that it's worth around five million dollars." The same private plane took Boehler through his round of meetings with leaders in the region as he advanced the hostage deal. "It's more accurate to say that we flew together many times, mostly in my plane, after he was named Trump's envoy and before Trump took office. Cairo, Qatar, Tel Aviv, Jordan, Turkey, Bahrain, the Emirates — He'd only just been appointed and he wanted to obtain the whole picture, to understand who's who."

Masri made Boehler's acquaintance eight years ago or so, and according to Masri a close personal friendship formed between the two men without any talk of business in common but with much discussion of regional politics. In mid-December, they began to fly around the region together — "in order to return the hostages and end the war," says Masri. "It's bigger than the hostage release, but saving lives is urgent and Adam is determined to return them all home."

**Did your connections with Arab countries help in opening doors to Boehler?**

"In certain cases, yes. Most of those countries' leaders met with him and received him well. I advised him on certain matters: for example, which doors to knock at."

**What door did he knock at on your advice?**

"I advised him to go to Jordan and meet His Majesty. That was actually our first trip. Where the hostages were concerned, Jordan had no skin in the game but it's very important in the process. Turkey is important too, and it's important to find out what pressure Turkey can generate."

**By the way, what's the ethnicity of your private plane's pilots?**

"Mostly Israeli, but sometimes I prefer pilots with dual citizenship because we fly to places where it's difficult or impossible for Israelis to enter. When we flew to Afghanistan or Iraq, we brought other pilots because we were coming to solve a hostage situation and not to create a new one."

\* \* \*

Masri's two daughters speak Hebrew and one of them is also learning Yiddish. He doesn't speak Hebrew himself, but he understands spoken Hebrew well. His knowledge of the Israeli mentality helped him behind the scenes as long ago as the Oslo days. "I went to the Mayfair Hotel in Washington, where Shimon Peres was," he recalls. "He and Arafat had agreed by phone that I'd pick the final agreement up from Peres and go to Arafat's suite to deliver it. A very historic moment."

In the course of the peace talks, he hosted the Palestinian negotiating team in Washington DC. "I told them that I have a big conference room on 13th Street. The area was full of prostitutes back then, and the team asked me why there were condoms tossed away in the road. Some of them had never left Palestine before," he says. "We ordered pizza, we sat for four hours, and as soon as we finished our meeting I saw it quoted on the news. I said, 'Whoa, guys, how about a little confidentiality?'

"The rotten problems of the Middle East tag after me everywhere," he says. "I happened to be in Washington when the negotiating team, who were all friends of mine, came to town. One of my good friends, Akram Haniyah, led the delegation. So we went out one night with the late Dr. Saeb Erekat. Both of them liked the movies, and I was supposed to escort them. The two guys were so tired that in the middle of the movie I heard snoring and I was left watching the screen alone even though I'm not a movie fan at all."

**How can a person not be a movie fan?**

"Life is enough of a movie marathon."

**I heard about one more of those movies. After Ariel Sharon was elected prime minister in 2001, you were part of a secret channel between Sharon and Arafat, including a visit to your home by Omri Sharon.**

"So you're with the Israel Security Agency? [He laughs] Yes, that's true. Sharon was nicknamed Mister Genocide but there was an attempt to bring him and Arafat together for secret talks at the height of the Intifada. Arafat called me in and said 'Someone will be coming to you with a message for me. But feel free to stay out of this.' I said, 'Mister President, I'll do everything I can.' The Mukata'a is close by, five minutes' drive from my home, and I was told 'The President wants to meet Sharon's son at your home.' That is, Omri Sharon. I said, 'What?! Wow, this is big,' and I thought to myself 'For sure he'll show up in an Israeli tank. They'll want to defend him.' I agreed, because it's what Arafat wanted, but I wondered why Arafat couldn't meet him at the Mukata'a."

**Were you apprehensive about hosting such a meeting?**

"Frankly, yes. But they say that without gumption there's no glory. I went to my wife — my ex-wife now — and I told her. She said, 'No way will our daughters and I be here at home.' Sharon was bad news for the Palestinians. So she took the girls to a hotel."

**And what happened at that secret meeting between Arafat and Sharon?**

"The meeting lasted at least three hours, and it was very positive, but it didn't lead anywhere. Why not? Blame it 99 percent on background history between Sharon and Arafat."

Masri (64) grew up as a pampered child of a prosperous, aristocratic family in Nablus. His father was a physician, and an uncle, plutocrat Sabih al-Masri, is worth an estimated ten billion dollars. In his youth, he was placed under administrative detention repeatedly — "eight or nine times" — for trying, according to himself, to prove to his friends that he wasn't the spoiled kid they took him for.

*[caption:]* Photo: IDF Spokesperson's Office

**Did you throw rocks?**

"I'm not a violent person, but I'd be lying if I said I never threw a rock. I once did, because the kids always looked on me as a rich boy from the elite Al-Masri family. After that, whenever something happened soldiers came to arrest me. At two in the morning I saw them standing over my bed. They wanted to wake me

up but my mother insisted on doing that herself. Then they take you away, you're beaten in the jeep, and you're in detention for 18 or 21 days."

**So your parents sent you to study abroad in order to keep you away from trouble?**

"Right. At 17, I suddenly found myself in Cairo. There, the students smoke hashish and drink alcohol, and there were prostitutes outside my building, and I was just a kid. So I went off to the USA. My father is a graduate of the University of Virginia, my brother and sister were born in New York, and as a child I used to say to my mother 'Why did you leave New York when you were six months pregnant? If you'd stayed, I'd be President of the United States.' And she answered, 'Ask your father.' They quarreled about that."

Since then, he has become a billionaire — the owner of the international holding company Massar. Its founding in 1994 "was the moment when I made the transition from the hundreds of thousands to the millions." Among his other holdings are the Siraj Fund Management Company and the Palestinian newspaper Al-Ayam. He built the city of Rawabi with the help of Qatari investors. "I came out of a family where lots of people were rich, but I'm a self-made man," he insists.

Masri's businesses span the world but despite his deep connections in Washington he doesn't hesitate to criticize President Trump and the proposed voluntary emigration of Gaza's residents. "It's shocking," he says. "My question is, where will they take those people? I'm told, 'Somalia.' I said, 'Really? Can Somalia absorb them? Doesn't it have poverty and hunger?' And they said to me, 'No, Bashar, that's Somaliland.' Oh, then wow. 'Cool,' I said. 'That sounds like Disneyland. Maybe I'll go there too.'"

**Joking aside, I imagine the destination country isn't really the issue. Would voluntary transfer to Canada or Germany be acceptable to you?**

"Uprooting people by force is always a bad thing. Anyone who's starving, and who's worried that his children will be killed for being in the wrong place at the wrong time, would jump on a ship and leave. Not voluntarily but for lack of an alternative. So this would be expulsion by force, not any prettily phrased voluntary migration."

On the other hand, he welcomes the direct talks between the Trump administration and Hamas, believing that diplomacy should extend even to the terrorist organizations. "You have to speak directly with your enemies," he says. "If you don't talk with the people who are holding the hostages, who will you talk with? You can talk with me as much as you want, but I'm not holding them. You want to eliminate weapons? Sit down and try to work that out."

**How can you trust President Trump, who talks about opening the gates of hell on Gaza and then says he's worried about the humanitarian crisis? That's quite an inconsistency.**



*[caption:]* "Determined to free the hostages." Boehler

"I agree. 'Opening the gates of hell on Gaza' is an extreme expression, and I think it's more political than practical. You've had the gates of hell open on Gaza for a year and a half, so what's at all new? I believe 90 percent of that is a political show, and when Trump talks about bringing aid in, that's political too."`



*[caption:]* "He didn't want me at the mourning week." Waldman

\* \* \*

He had many friends here before the war, and he says he has kept in touch with most of them but the best friend he had here, hi-tech entrepreneur Eyal Waldman, is the one who distanced himself from him even before October 7. Waldman's daughter Danielle was murdered at the Nova festival alongside her boyfriend Noam Shai. Last month Waldman, together with scores of families of that gruesome Sabbath's victims, filed a lawsuit in Washington against Masri claiming that he had cooperated with the Hamas regime. Along with Waldman, relatives of 46 American murder victims of the terror attack signed the claim.

They include the family of the late Hersh Goldberg-Polin, who was abducted and then, while held captive by Hamas, was murdered; and former government minister Yizhar Shai, whose son Staff Sgt. Yaron Uri Shai fell in action at Kerem Shalom.

> **"Run for leadership of the Palestinians? If my country calls on me, I won't hesitate to serve it. I may sound as if I'm campaigning, but on the contrary, I'd rather be sailing my yacht and enjoying life. I worked hard for 40 years and I'd be happy to enjoy myself with my family, but reality requires each person with understanding to step up."**

"Eyal was a close friend, and I still think of him as one despite the lawsuit," says Masri. "The pain of his loss is unimaginable. I knew Danielle. I saw her nine days before she was murdered. I won't forget the hug she gave me. I've cried for her. I wanted to attend the funeral and be with him during the mourning week. He didn't want me. That hurt, and it hurt even more to see him listed as a plaintiff. The lawsuit puts forward some baseless, scandalous, insulting claims that are being promoted by money-hungry lawyers and publicists. They're playing games with the grief of the plaintiffs. I think the plaintiffs are driven by emotion, and that's completely understandable. Unfortunately, their anger is aimed at the wrong person. I tried to help them retrieve their loved ones. For 50 years I've been coming forward as a man of peace. I built Rawabi and now it's being depicted as if it were built for a violent organization. To my sorrow, I've been turned into a target — the world's greatest plotter of evil plans. I can't express how that angers me."

**One of the plaintiffs, former government minister Yizhar Shai, says he has evidence against you. Among other things, Hamas tunnels that were dug beneath your hotels.**

"I'd gladly speak with all the plaintiffs. They're very easily answered. I inherited all my businesses in Gaza. I didn't build the hotels, I only kept them going. Over the past two decades I've spent five nights in Gaza. It's absurd to think that I knew anything about those plans."

Masri's composure is shaken and his voice thunders. "If there were any real suspicions against me, my friend, I'd at least have been interrogated," he says. "If there were proof, I wouldn't be sitting in Tel Aviv now chatting with you. The authorities know very well that I didn't do anything. It's all baseless charges. Some are made up out of whole cloth. We'll show facts to the court, and it will cost tens — if not hundreds — of millions of dollars, but the money is less important than making sure people know that this is a campaign against me, designed to show that there are no good Palestinians. It plays into the hands of the extremists, and they love it. [He raises his voice.] Excuse me, but I'm upset.

Lots of the plaintiffs are advocates of peace, and they're being exploited to send a message that there's no such thing as a good Palestinian and even Masri is evil. And there are a lot of extremists in the government today."

**But they're not part of the problem.**

"No, but they benefit from it. And there may be individuals with a personal vendetta. But I don't want to say any more than that, please. It's painful. You'll see a day come when I sit down with the plaintiffs, hug them, and work together with them."

**So let's talk about the accusations against you.**

"For legal reasons I'm forbidden to respond, but all the accusations are baseless."

**Financial help for Hamas infrastructures in Gaza?**

"It's bullshit."

**And maybe on the basis of your ties with Qatar —**

[He interrupts.] "Qatar has nothing to do with my work in Gaza. My involvement in the Gaza Strip is unconnected with Doha. I have other businesses, and Qatar invests with me in Rawabi, but there it's not a money-making venture so to try to link it with Qatar is ridiculous. I have businesses in Gaza. My heart is in Gaza, and it tells me not to abandon the people there even if a radical gang has taken control over them."

**Did you ever speak with Sinwar or with senior Hamas figures?**

"I never met with Sinwar and I didn't know him. I never knowingly met with an armed figure in Gaza. If I knew someone in the room was armed, I'd leave. I'm very, very cautious."

**For entering Gaza and keeping your businesses operating there, did you have assistance from Hamas?**

"For entering Gaza, I needed permission only from Israel. I never asked for permission from the Palestinian side, because it's my right to visit there. All my visits to Gaza were coordinated with Israel, and I received prior permission."

**Still, when you invest in the Gazan economy and it's under the sway of Hamas, don't you necessarily strengthen Hamas? Is it at all possible to foster an economy without fostering the regime that it belongs to?**

"I produced no profits in Gaza in any case. Only losses. Occupancy at our hotel reached three and a half percent one day and we threw a party. That was 'Wow.' Today the income is zero. There's no hotel but we're still paying salaries to the

workers. At the entrance to Gaza, I pass between Hamas operatives. It could be 'Wait here' or 'Welcome, come right in.' So they're in charge of everything, and what choice do you have? Whether to give Hamas more strength or to abandon our Gazan employees?

"All my money is in the West Bank. No money has gone from my companies to Gaza, except from people who leased space from us and paid us rent. And the taxes were paid in Ramallah, not in Gaza. Hamas knew well enough not to tangle with Bashar. I could shut down my businesses and tell Hamas 'Feed those people yourselves.' That would embarrass them thoroughly."

**What's a time when Hamas chose not to tangle with you?**

"One Hamas appointee asked an employee of mine in Gaza to buy him three automobiles, for himself and his two assistants. I said to my employee, 'Tell him we're closing the business down, he can pick up the rent and we'll be gone. But then I'll call a press conference and announce why I did it.' Of course I didn't cooperate."

Masri rejects the severe accusations against him. He claims that he warned his Israeli friends that while they were "living in paradise" — profiting from exits, and speaking Hebrew without a care while strolling in the United Arab Emirates — their neighbors across the border were approaching 80 percent unemployment "and there will be consequences. I didn't know what, though. I didn't imagine all that shit. October 7 was an episode with a scope of violence that we'd never known before. We were familiar with car bombings, stabbings — and I'm opposed to all those, big time — but October 7 was on another scale. Something that some evil minds spent quite a while planning. As a businessman, I'm not expected to know about such matters and for sure I'm not involved in military issues."

**Can your relations with Waldman be fixed?**

"Certainly. I don't see why not. We used to travel together and talk about politics. We had lots of stormy arguments."

Waldman and Masri together exhibited a long, close friendship that symbolized coexistence in business between Israelis and Palestinians, and it included a joint interview on the American *60 Minutes* TV program. "That was bad PR for me in Palestine," Masri recalls. "The radicals were furious at me. They hung pictures that showed me hugging a Golani Brigade veteran. I said there that Israel is here to stay. I don't regret it." The falling-out with Waldman started before the war, he says, and wasn't business-related.

**When did the two of you last meet?**

"A number of weeks ago. I gave him a big hug. I didn't know about the lawsuit then, but today I'd still hug him."

**Did you try to approach him in the days after his daughter and her boyfriend were murdered?**

"Much more than that. Even after his negative reaction, and until today, I sympathize with his incredible grief and with the grief of all the bereaved families. It's terrible to lose your loved ones, and certainly in such a horrifying way. I can't imagine what's going through his mind. I have a message for all the families: I understand your suffering and anger. Your loss is my loss. We have many more battles to wage shoulder to shoulder — and not one against the other, which is a waste of energy and money. Put personal vengeance aside, and let's look at the big picture for the sake of both nations."

*avner-bo@yedioth.co.il*

## Response:

**This response on behalf of the plaintiffs was received:** "The lawsuit has emerged from careful investigation and is based on evidence that points to three properties in Gaza owned and developed by Bashar Masri and by his companies. The complaint presents evidence of Masri's personal, physical involvement. For example, in May 2022 he supervised the signing of a joint project with Hamas for renovating the Gaza industrial zone where Hamas built a network of attack tunnels neighboring the Israeli border opposite Kibbutz Nahal Oz.

"Another property of the Masri family in Gaza, the Al-Mashtal Hotel, was damaged in 2014 by an Israel Air Force attack directed at nearby Hamas rocket-launching sites. The complaint contends in detail that after the Air Force strike, Hamas infrastructures underlying and neighboring the hotel were rebuilt in order to enable Hamas terrorists to launch rockets at Israel, including on October 7. In view of the damage to the hotel and the IDF's explanation for the attacks, it is inconceivable that the hotel's owners were unaware and, all the more, that they did not cooperate with Hamas for the construction of the tunnel infrastructure connecting the hotel to the Hamas rocket-launching sites.

"As detailed in the complaint, Masri and his companies were long financed by Qatar and he consistently invested in Gaza under the Hamas regime."



GATS
TRANSLATIONS

## CERTIFICATION

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, Masri article "The Middleman", is a true and accurate translation of the original text from the Arabic language into English.

Date: June 12, 2025

Yaniv Berman