UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SHALOM, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>BASHAR MASRI, *et al.*,<br><br>           Defendants. | Civil Action No. 25-cv-01024 |

**PROPOSED ORDER IN SUPPORT OF PLAINTIFFS' MOTION TO SERVE DEFENDANT BASHAR MASRI BY ALTERNATIVE MEANS**

Upon consideration of Plaintiffs' Motion to Serve Defendant Bashar Masri by Alternative Means, declaration in support thereof, exhibits, and the applicable law, on this _____ day of _____, 2025 by the United States District Court for the District of Columbia, it is hereby

**ORDERED**:

1. That the Plaintiffs' Motion to Serve Defendant Bashar Masri by Alternative Means is GRANTED;

2. Plaintiffs shall ensure publication of a copy of the Summons and Complaint in the Israeli newspaper of Yediot Aharanot;

3. Plaintiffs shall also transmit a copy of the Summons and Complaint to Bashar Masri via the e-mail addresses associated with him;

4. Plaintiffs shall transmit a copy of the Summons and Complaint to Bashar Masri's verified Instagram, X, and Facebook accounts.

- 2 -

                                                                _____
Judge Jia M. Cobb