UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SHALOM, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BASHAR MASRI, *et al.*,<br><br>        Defendants. | Civil Action No. 25-cv-01024 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**

Plaintiffs, by and through their counsel, respectfully move this Court for a 21-day extension to file a supplemental brief in support of their motion to serve defendant Bashar Masri ("Masri") by alternative means (the "Motion for Alternative Service"). *See* ECF No. 14. On July 2, 2025, the Court entered a minute order requiring that Plaintiffs file a supplemental brief by July 11, 2025, "addressing whether any of [Plaintiffs'] proposed methods of service violate Israeli and/or Palestinian law." *See* July 2, 2025 Minute Order. Plaintiffs now request a 21-day extension to file that supplemental brief, to and including August 1, 2025.[1]

Good cause exists to grant this extension in light of the intervening federal holiday since the Court's Minute Order was entered, and because Plaintiffs require additional time to provide the most helpful submission regarding Israeli and/or Palestinian law. In support of that submission, Plaintiffs are considering whether to obtain one or more affidavits from declarants in a position to opine on the applicable foreign law. As is well established, in assessing foreign law,

---

[1] Pursuant to Local Civil Rule 7(m), Plaintiffs respectfully state that Defendant has not appeared in this action through counsel or otherwise, and, accordingly, Plaintiffs have not been able to confer or otherwise obtain Defendant's position on this motion.

"the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence." Fed. R. Civ. P. 44.1. Courts routinely rely on expert declarations submitted by the parties to determine the content of foreign law. *See, e.g.*, *Shatsky v. Syrian Arab Republic*, No. 08-CV-496 (RJL), 2024 WL 1091803, at *6 (D.D.C. Mar. 13, 2024). Here, in order for Plaintiffs to make the most helpful presentation about any applicable foreign law—including material beyond the few English-language materials available in the public record—such expert testimony may be advisable. Additional time is needed for Plaintiffs to evaluate the need for any expert testimony, to obtain appropriate translations of the applicable legal materials, and if necessary, to coordinate with one or more declarants who will, in all likelihood, be located abroad and working across a language barrier in at least some respects.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant a 21-day extension, to and including August 1, 2025, in which to file the supplemental brief required by the Court's July 2 Minute Order.

July 9, 2025

        Respectfully submitted,

        **WILLKIE FARR & GALLAGHER LLP**

        By:    */s/ Lee Wolosky*
               Lee Wolosky (D.C. Bar No. NY0161)
               Andrew Lichtman (*pro hac vice*)
               787 7th Avenue
               New York, NY 10019
               Telephone: (212) 728-8000
               Facsimile: (212) 728-8111
               lwolosky@willkie.com
               alichtman@willkie.com

        **OSEN LLC**
        Gary M. Osen (D.C. Bar No. NJ009)
        190 Moore Street, Suite 272
        Hackensack, NJ 07601
        Telephone: (201) 265-6400
        Facsimile: (201) 265-0303
        gosen@osenlaw.com

        **STEIN MITCHELL BEATO &**
        **MISSNER LLP**
        Jonathan E. Missner (D.C. Bar No. 475648)
        Robert B. Gilmore (D.C. Bar No. 492424)
        2000 K St., NW, Suite 600
        Washington, D.C. 20006
        Telephone: (202) 737-7777
        Facsimile: (202) 296-8312
        jmissner@steinmitchell.com
        rgilmore@steinmitchell.com

        **MOTLEY RICE LLC**
        John M. Eubanks (D.C. Bar No. SC0013)
        Michael E. Elsner
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        Telephone: (843) 216-9250
        Facsimile: (843) 216-9450
        jeubanks@motleyrice.com
        melsner@motleyrice.com