UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM SHALOM, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BASHAR MASRI, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-cv-01024 |

## NOTICE OF VOLUNTARY DISMISSAL ON BEHALF OF ALL PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs hereby give notice that they are voluntarily dismissing this action against all Defendants without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

August 26, 2025　　　　　　　　　　　　/s/ Lee Wolosky

| | |
|---|---|
| John M. Eubanks (D.C. Bar No. SC0013)<br>Michael E. Elsner (*pro hac vice*)<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9250<br>Facsimile: (843) 216-9450<br>jeubanks@motleyrice.com<br>melsner@motleyrice.com | Lee Wolosky (D.C. Bar No. NY0161)<br>Andrew Lichtman (*pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>787 7th Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>lwolosky@willkie.com<br>alichtman@willkie.com |
| Jonathan E. Missner (D.C. Bar No. 475648)<br>Robert Gilmore (D.C. Bar No. 492424)<br>STEIN MITCHELL BEATO &<br>MISSNER LLP<br>2000 K St., NW, Suite 600<br>Washington, D.C. 20006<br>Telephone: (202) 737-7777<br>Facsimile: (202) 296-8312<br>jmissner@steinmitchell.com<br>rgilmore@steinmitchell.com | Gary M. Osen (D.C. Bar No. NJ009)<br>Ari Ungar (DC Bar No. NJ008)<br>Michael J. Radine (DC Bar No. NJ015)<br>Dina Gielchinsky (DC Bar No. NJ011)<br>Aaron Schlanger (D.C. Bar No. NJ007)<br>OSEN LLC<br>190 Moore Street, Suite 272<br>Hackensack, NJ 07601<br>Telephone: (201) 265-6400<br>Facsimile: (201) 265-0303<br>gosen@osenlaw.com |